IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **EVELYN CAMPBELL**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-604-CG-N |
| | ) |
| **BRADLEY FINANCIAL GROUP**, | ) |
| | ) |
| Defendant. | ) |

## ORDER

In accordance with the court's order entered this date, granting plaintiff's motion for default judgment, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that judgment is entered in favor of plaintiff, **Evelyn Campbell**, and against defendant **Bradley Financial Group** in the amount of **$49,175.00**.

**DONE** and **ORDERED** this 9th day of July, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE